618 A.2d 852

IN THE MATTER OF JOHN A. GILLESPIE,
AN ATTORNEY AT LAW.

January 20, 1993.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that JOHN A. GILLESPIE of RED BANK, who was admitted to the Bar of this State in 1976, and who was suspended from the practice of law for three years retroactive to November 28, 1989, by Order of this Court dated May 17, 1991, be restored to the practice of law, effective immediately.